1  Taylor M. Tieman (SBN: 305269)
   ttieman@consumerlawcenter.com
2  Krohn & Moss, Ltd.
   1112 Ocean Drive, Suite 301
3  Manhattan Beach, CA 90266
   Tel: (323) 988-2400 ext. 254
4  Fax: (866) 861-1390
   MARY AVILLA
5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11  MARY AVILLA,                    )  **Case No.: 2:16-cv-09230-CAS-PJW**
                                    )
                                    )  **NOTICE OF SETTLEMENT**
12            Plaintiff,            )
                                    )  **(Unlawful Debt Collection Practices)**
13       v.                         )
                                    )
14  CAPITAL ONE,                    )
                                    )
15                                  )
                                    )
16            Defendant.            )
                                    )
17  _____)

18

19

20

21

22

23

24

25

**TO THE COURT:**

NOW COMES the Plaintiff, MARY AVILLA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated:      May 5, 2017          KROHN & MOSS, LTD.

By:    /s/ Taylor M. Tieman
Taylor M. Tieman
Attorney for Plaintiff,
MARY AVILLA

NOTICE OF SETTLEMENT

1

## **CERTIFICATE OF SERVICE**

2   I hereby certify that on May 5, 2017, I electronically filed the foregoing

3 Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I

4 further certify that on May 5, 2017 I served all counsel of record with a copy of

5 this document by way of the CM/ECF system.

6

7

8       By: /s/ Taylor M. Tieman
           Taylor M. Tieman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25